**United States District Court**
Northern District of Ohio
Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Geri Smith
Clerk of Court

(216) 357-7000



January 15, 2013

Lucas County Court of Common Pleas
Clerk's Office
700 Adams St.
Toledo, OH  43604-5658

    Remand to Lucas County Court of Common Pleas
    USDC Case No.3:13cv43
    Case Name: Lashaway et al v. JustMugshots.com et al

Dear Clerk:

On January 15,2013, The Honorable Judge Jack Zouhary, United States District Judge, entered an Order remanding the above-mentioned case to your court.  I am enclosing certified copies of our docket sheet and the order of remand.  Other documents in this case can be accessed electronically on the internet at:

http://ecf.ohnd.uscourts.gov

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope.  Thank you.

                                   Sincerely,
                                   Geri M. Smith, Clerk of Court

                 By:    s/DeAnna Cox
                        Deputy Clerk

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH  44308-1876
(330) 252-6000

114 U.S. Court House
1716 Spielbusch Avenue
Toledo, OH  43604
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7425